DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2682

[December 13, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 10-15070CF10A, 10-16545CF10A and 10-16548CF10A.

Christopher Thomas, Blountstown, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

Warner, Conner and Forst, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***